

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Eric B. Hiatt
Phone: (212) 356-1958
Fax: (212) 356-1148
erihiatt@law.nyc.gov

# MEMO ENDORSED

November 15, 2023

> The request to adjourn the conference scheduled for November 16, 2023, at 11:00 a.m. is granted. By November 29, 2023, counsel for Defendants shall provide the Court with an update as to the status of Plaintiff's availability. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: November 15, 2023
> New York, New York

**VIA ECF**
The Honorable Edgardo J. Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Megginson v. Molina, et al.*, 23-cv-04170 (EJR)

Dear Judge Ramos:

    I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. Pursuant to the Court clerk's instruction earlier this afternoon, I am writing to respectfully request an adjournment of the Initial Conference scheduled for November 16, 2023 at 11:00 a.m.

    Plaintiff is currently incarcerated at the Marcy Correctional Facility ("Marcy"). After coordinating with Marcy to confirm Plaintiff's availability for the Initial Conference, I was informed by Plaintiff's Offender Rehabilitation Coordinator that Plaintiff is under mental health observation and thus will be unable to participate in the conference tomorrow. At this time, it is unclear how long Plaintiff will be unavailable.

Respectfully submitted,

/s/Eric B. Hiatt
Eric B. Hiatt
Assistant Corporation Counsel

cc: Michael Megginson
DIN #23B4235
Marcy Correctional Facility, Box 3600
Marcy, NY 13403-3600